Swain v Barnes et al

Case No: 1:25-cv-02575-LKG

FILED ENTERED
LOGGED RECEIVED

AUG 21 2025

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

8/15/24

Court Clerk,

Please amend the following case to include the new following information and documents.

Complaint: Discrimination Under Section 504 and Title II of the Ada

1. I am placed on a medical alert list and not allowed to work due to my medical disability epilepsy. No alternative is offered to me to earn good days or monetary income while incarcerated. When home I am allowed to work while considered disabled and earn $1,500 (the SGA) on SSDI and home.
2. I am housed in General Population and have been denied being housed on the medical tier yet am not allowed to participate in activities available to General Population
3. I am not allowed to go to the gym or exercise due to my medical condition (epilepsy) but they provide no alternative for me to keep myself in shape and healthy. I go to LA fitness 5-6 days a week
4. The "breakthrough" siezures I have are caused by this institution and Primecare by refusing to provide me with access to my MMCC Rx as I do not have any when

using a high CBD to THC edible or tincture. 300 mgs 3x a day as a tincture and 300 mgs 2x a day CBD in edible format to 10 mgs THC as an edible or tincture (30:1 ratio)
(CBD THC )

I have written my neurologist Dr. Gregory Krauss director of Johns Hopkins epilepsy clinic and he should be forwarding this information to you as well as P.R.I.S.M as they have a copy from my time in the MD D.O.C. I will forward that when recieved. Dr Krauss' contact information is Dr. Gregory Krauss, 600 N. Wolf St. Balto, MD 21287 410-955-2832

Title II of the ADA 42 USC 121.32 states no qualified individual with a disability shall, by reason of such disability be excluded from participation in or be denied the benefits of the services programs or activities of a public entity or be subjected to discrimination by any such entity.

28 C.F.R § 35.139 states the prison should analyze my participation in any activities as a direct threat to others.

28 C.F.R. § 35.104: States that a prison may not rely on generalizations or stereotypes about the effects of a disability and I must be assessed as an individual.

This is not done here at BCDC or by Primecare

If my "breakthrough" siezures as Ms. Barnes likes to call them are such a danger why am I not provided with a shower chair or housed in a unit that provides shower chairs and hoses. As of today I have been moved back to 2V from 4C where I was locked in a 2 man cell and no one even does an hourly walk through to check on my wellness and safety. I would imagine this is because the prison officials were served. At one point while housed with Shawn Hall in 4C cell 9 I was forced to sleep on a mat on the floor even though I had bottom bunk/tier medical paperwork and he did not. Thier solution to this was Sgt. Washington moved me to 4C Dorm bunk 6 which is on an upper tier where I am not allowed to be housed.

I have requested a copy of the medical alert

list by a #118 request form to include with this letter today 8/15/25 as well as from the C.O. working @ 06:00am and she said she did not know what I was talking about I will try again with the Sgt and C.O on the 07:00am-15:00pm shift before mailing this out.

This is the same tier I was moved from when the BGF (Black Guerilla Family) gang members tried to take my commissary and Sgt Whittner moved me to 4D where I had a no contact order and once discovered by Sgt. Alston he deleted the notes and sent me to 3S the "suicide watch" tier where they claimed I said I was going to kill myself I was left there for 11 days where they treat people including myself like animals. No one would provide me with a 200 form regarding the inhumane treatment on 3S not even the administrator when I sent #118 forms but I think the camera footage during those 11 days will speak for itself.

I asked Sgt. White and Sgt. Neal they said medical has to provide me with the list

Respectfully Submitted
[signature]
Joshua Swain #278-701
BCDC
Towson, MD 21204

BCDC Medical Records
Swain vs Barnes et al
Case No 1:25-cv-02575-LKG

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of August, 2024, a copy of the foregoing Motion was mailed prepaid to:

1. Clerk of Ct
401 Bosley Ave
Towson, MD 21204

2. BCDC Medical Records
720 Bosley Ave
Towson, MD 21204

3. BCDC Admin S Verch
720 Bosley Ave
Towson, MD 21204

4. Clerk of Court
United States Dist
Ct of MD
6500 Cherrywood Ln
Greenbelt MD 20770

Respectfully submitted,

Joshua Swain 278-701
(Please print your name and ID# below)

Baltimore County Detention Center
720 Bosley Ave.,
Towson, MD 21204