# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JOSHUA J. SWAIN

  *Plaintiff,*

   v.

PRIME CARE MED. DIR ZOWIE
BARNES, *et al.*

  *Defendants.*

       \*
       \*  Civil Action No.: 25-cv-02575-LKG
       \*
       \*
       \*
       \*
       \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## COUNTY DEFENDANTS' MOTION TO DISMISS

Defendants BCDC Admin S. Verch, Walt Pesterfield, Hilary Siakor-Sirleaf, Jennifer Magin and The Municipality of Baltimore Co. ("County Defendants"), by and through undersigned counsel, move under Rule 12(b)(6) to dismiss all claims. County Defendants have attached a memorandum of law in support of this motion, incorporated by reference.

WHEREFORE, County Defendants respectfully request this Honorable Court issue an Order dismissing all claims against them.

Respectfully submitted,

/s/
_____
Alek J. Stathakis (Bar No.: 31317)
Assistant County Attorney
Baltimore County Office of Law
305 Washington Avenue, Suite 200
Towson, Maryland 21204
(410) 887-4420
astathakis@baltimorecountymd.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this __20th__ day of January 2026, a copy of the

foregoing Motion, the Memorandum in Support of County Defendants' Motion to

Dismiss, and the corresponding Proposed Order were electronically filed in this

Court and mailed first-class, postage prepaid to the Plaintiff as follows:

Joshua J. Swain (#278-701)
Baltimore County Dept. of Corrections
720 Bosley Avenue
Towson, Maryland 21204

/s/_____
Alek J. Stathakis